**Opinion issued July 26, 2012**



In The

## Court of Appeals

**For The**

## First District of Texas

————————————

**NO. 01-10-01143-CV**

————————————

**WAYNE BARKER, Appellant**

**V.**

**REBECCA BARKER, Appellee**

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-37482**

## MEMORANDUM OPINION

Appellant Wayne Barker has failed to timely file a brief.   *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.